670 A.2d 1051

IN THE MATTER OF WILLIAM D. HOBSON,
AN ATTORNEY AT LAW.

February 9, 1996.

### ORDER

The Supreme Court on October 10, 1995, having remanded this matter to the District IV Fee Arbitration Committee for reconsideration of the reasonableness of a fee charged by respondent, **WILLIAM D. HOBSON** of **COLLINGSWOOD;**

And the Order of remand having been conditioned on respondent's posting forthwith security for the previous fee award to his clients, the security to be in a form satisfactory to the Office of Attorney Ethics;

And the Office of Attorney Ethics having reported to the Court that respondent has failed to post security satisfactory to the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that the Order remanding this matter to the District IV Fee Arbitration Committee is hereby vacated; and it is further

. ORDERED that **WILLIAM D. HOBSON** is hereby suspended from the practice of law, effective immediately and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20.